IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DESHAN FREEMAN, | § | |
| | § | |
| Defendant Below, | § | No. 12, 2024 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID Nos. 2006010317A/B (N) |
| | § | |
| Appellee. | § | |

Submitted: September 24, 2025
Decided: October 8, 2025

Before **SEITZ**, Chief Justice; **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

The Court, having carefully considered the parties' briefs and the record below, finds it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Memorandum Opinions dated April 10, 2023 and September 27, 2023.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice